## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED

www.txs.uscourts.gov

DEC 0 1 2008



Paul Wesley Cordova
State Bar Information
397 N Sam Houston Pkwy E
Ste 425
Houston TX 77060

Michael N. Milby, Clerk

---

Case: 4:07-cr-00485   Instrument: 23   (6 pages)   aty
Date: Nov 21, 2008
Control: 081124860
Notice: The attached order has been entered.

---

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022,9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: ( ____ ) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: ( ____ ) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States District Court
Southern District of Texas
FILED

DEC 01 2008

Michael N. Milby, Clerk



Hasler
$00.590
Mailed From 77002
11/24/2008
US POSTAGE
012H1620294[9]

NIXIE      773 DC 1         00 11/30/08
           RETURN TO SENDER
           INSUFFICIENT ADDRESS
           UNABLE TO FORWARD
BC: 77208101010      *0133-11170-24-39

7708082493 0025
77208@1010